**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON**

**CIVIL ACTION NO. 10-00154-KSF**

**FILED ELECTRONICALLY**

| | |
|---|---|
| **GAY E. DARSIE** | **PLAINTIFF** |

**V.**

| | |
|---|---|
| **C. TIMOTHY CONE, EXECUTOR OF EXECUTOR OF THE ESTATE OF JAMES F. GLENN, DECEASED, ET AL.** | **DEFENDANTS** |

**AMENDED ANSWER TO CROSS CLAIM**

Comes the Defendant, C. Timothy Cone, Executor of the Estate of James F. Glenn, Deceased (the "Answering Defendant"), by counsel, pursuant to Fed.R.Civ.P. 15(a)(1)(A), and for his Amended Answer to the Cross Claim of Defendants, Cambridge F. Glenn, II, Nancy Carrick Glenn, Sara Brooke Glenn and James M.W. Glenn (the "Defendant Children"), states as follows:

**FIRST DEFENSE**

The Cross Claim fails to state a claim against the Answering Defendant upon which relief may be granted.

1

## SECOND DEFENSE

1.	The Answering Defendant admits the allegations contained in numerical paragraphs 1, 2, 4, and 5 of the Cross Claim.

2.	The Answering Defendant has insufficient information to form a belief as to the truth of the allegations contained in numerical paragraphs 6 and 11 of the Cross Claim and, therefore, denies same.

3.	The Answering Defendant admits so much of the allegations contained in numerical paragraph 3 of the Cross Claim as states that Dr. Glenn, during his lifetime, established certain investment accounts as a consequence of his employment at Yale and Duke Universities, but states that he has insufficient information to form a belief as to the truth of the remainder of the allegations contained in said paragraph and, therefore, denies same.

4.	With respect to the allegations contained in numerical paragraph 7 of the Cross Claim, the Answering Defendant admits that, in an e-mail correspondence from Plaintiff to the Answering Defendant, dated August 10, 2009, the Plaintiff made reference to a letter from Dr. Glenn to the Defendant Children on February 22, 2008, but the Answering Defendant has insufficient information to form a belief as to the remainder of the allegations contained in said numerical paragraph and, therefore, denies same.

5.  With respect to the allegations contained in numerical paragraphs 8, 9 and 10 of the Cross Claim, the Answering Defendant admits that there exist disputes between the parties with respect to myriad legal issues, but the Answering Defendant has insufficient information to form a belief as to whether the allegations purporting to define those disputes are accurate and/or complete and, therefore, the Answering Defendant denies the remainder of the allegations contained in said numerical paragraphs.

WHEREFORE, the Answering Defendant demands judgment as follows:

1.  As to whether the Answering Defendant, as Executor of the Estate of James F. Glenn, Deceased, is indebted with respect to the Plaintiff and, if so, the amount of such indebtedness;

2.  Costs herein expended, including, without limitation, a reasonable attorney fee; and

3.  Any and all other relief to which Answering Defendant may appear to be entitled.

/s/ Elizabeth S. Hughes
Elizabeth S. Hughes
**GESS MATTINGLY & ATCHISON, P.S.C.**
201 West Short Street
Lexington, Kentucky 40507-1269
Telephone: (859) 252-9000
Facsimile: (859) 233-4269
Email: ehughes@gmalaw.com
**ATTORNEY FOR C. TIMOTHY CONE, EXECUTOR OF THE ESTATE OF JAMES F. GLENN, DECEASED**

**CERTIFICATE OF SERVICE**

      This is to certify that a true copy of the foregoing Amended Answer to Cross Claim has been served on May 21, 2010, via CM/ECF electronic noticing, upon the following counsel of record:

| | |
|---|---|
| Stephen L. Barker, Esq. | sbarker@sturgillturner.com |
| Glen S. Bagby, Esq. | gbagby@whf-law.com |

      /s/ Elizabeth S. Hughes
      **ATTORNEY FOR C. TIMOTHY CONE, EXECUTOR**
      **OF THE ESTATE OF JAMES F. GLENN, DECEASED**