UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CASE NO. 5:10-CV-00154-KSF

*-Electronically Filed-*

GAY E. DARSIE                                                                                         PLAINTIFF

V.                                             **STIPULATION**

C. TIMOTHY CONE, ESQ.                                                                       DEFENDANTS
EXECUTOR OF THE ESTATE OF JAMES F. GLENN, DECEASED,
CAMBRIDGE F. GLENN, II, NANCY CARRICK GLENN,
SARA BROOKE GLENN, AND JAMES M.W. GLENN

*** *** ***

Comes the Plaintiff, Gay E. Darsie, and the Defendant, C. Timothy Cone, Esq., Executor of the Estate of James F. Glenn, Deceased, by and through counsel, and stipulate the following facts:

1.  That the within Complaint was filed in the Woodford Circuit Court on April 16, 2010.

2.  That Plaintiff's attorneys caused to be delivered to C. Timothy Cone, Esq. at his office address at 201 West Short Street, Lexington, KY, 40507, a true and accurate copy of the Complaint and Summons on April 16, 2010.

3.  That Plaintiff and Mr. Cone agreed that formal service of the Complaint would not be necessary and that Mr. Cone would waive formal service and notice of process and would enter his appearance and file a responsive pleading within twenty (20) days of April 16, 2010.

4.  That the parties hereto subsequently agreed that as Plaintiff had agreed to extend the remaining Defendants' time to file a responsive pleading to and including May 15, 2010, Defendant Cone would also have the same extension.

Further, the parties hereto sayeth naught.

AGREED AS TO STIPULATION:

*/s/ Stephen L. Barker* _____
ATTORNEY FOR PLAINTIFF

*/s/ Elizabeth S. Hughes (signed with permission)* ____
ATTORNEY FOR C. TIMOTHY CONE, ESQ., EXECUTOR

x:\wdox\clients\64320\0001\pleading\00129400.doc